UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSE ALBERTO VEGA,

    Petitioner,

v.

    File No. 2:15-cv-116

    HON. ROBERT HOLMES BELL

JEFFREY WOODS,

    Respondent.
_____/

# O R D E R

On October 24, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the petition under 28 U.S.C. § 2254 be dismissed for lack of merit. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the October 24, 2016, R&R (ECF No. 10) is **APPROVED** and **ADOPTED** as the opinion of this Court. A judgment will enter dismissing the action.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated: November 14, 2016        /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              UNITED STATES DISTRICT JUDGE